NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1326

UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs-Appellants,

v.

MICROSOFT CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the District of Rhode Island in case no. 03-CV-0440, Judge William E. Smith.

ON MOTION

O R D E R

The parties move to stay the briefing schedule in 2010-1326 pending disposition of a related case, Uniloc USA v. Microsoft Corp, 2010-1035, -1055.

Appeals 2010-1035,-1055 involve the district court's determinations on the merits of the case. Appeal 2010-1326 concerns the district court's award of costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is granted. The parties are directed to inform this court within 21 days of the final resolution in 2010-1035,-1055 concerning how they believe this appeal should proceed.

(2)     A copy of this order shall be transmitted to the merits panel in 2010-1035, -1055 to inform that panel of this related appeal.

`

FOR THE COURT

**MAY 1 7 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Frank E. Scherkenbach, Esq.
        Donald R. Dunner, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 7 2010**

**JAN HORBALY**
**CLERK**

2010-1326                                    - 2 -